IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 5:08cr0017-DCB-LRA |
| ) | |
| MARSHALL E. SANDERS ) | |

**ORDER**

Having considered the plea of guilty by defendant Marshall E. Sanders in the case styled *United States v. Sanders*, No. 5:08cr00034DCB-JCS, the sentencing of defendant on March 10, 2009, and the motion by the Government to dismiss the May 6, 2008 indictment in this case pursuant to the terms of a plea agreement,

IT IS HEREBY ORDERED that the May 6, 2008 indictment is dismissed with prejudice.

ORDERED this ___12th___ day of March 2009.


        s/ David Bramlette
        DAVID C. BRAMLETTE
        UNITED STATES DISTRICT COURT JUDGE